CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

DEC 08 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH LEONARD BELL, ) | Civil Action No. 7:15-cv-00523 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| BERNARD W. BOOKER, ) | By: Hon. Michael F. Urbanski | |
| Respondent. ) | United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time barred; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

**ENTER**: This 8th day of December, 2015.

/s/ Michael F. Urbanski
United States District Judge